MABEL G. TAPLEY, as Administratrix, etc., Respondent, v. NEW YORK DOCK RAILWAY, Appellant. GEORGE ALLEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion to confirm report of referee granted. The question of allowances to the referee and counsel will be determined upon the settlement of the order, at which time affidavits should be submitted as to the nature and extent of the services rendered and the time occupied by the referee. While the court has full jurisdiction of the subject-matter submitted to the referee, we are without power to direct a judgment for deficiency under the circumstances disclosed by the record here. For such relief the successful party may take such action as he may be advised. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ. Settle order on notice.

HECTOR W. THOMAS and Others, etc., Respondents, v. HUGO ZELLER and Another, Executors, etc., of GUSTAV O. ZELLER, Deceased, Appellants.— Motion to dismiss appeal from the order denying resettlement of case denied unless respondents stipulate that there may be added to the printed record on appeal from the judgment a statement to the effect that the first and third defenses relating to payment and accord and satisfaction were stricken out by the court upon the trial, and those questions taken from the jury, and exceptions taken to such rulings. If such stipulation be filed within five days, the motion is granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

TOWN OF MAMARONECK and VILLAGE OF PELHAM, Appellants, v. VILLAGE OF MAMARONECK and Others, Appellants. NEW YORK INTER-URBAN WATER COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion to resettle order or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

LUCY TUTTLE, Appellant, v. PERRY T. TUTTLE and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JOHN G. UNDERHILL, Respondent, v. JOSEPH M. SCHENCK, Appellant, Impleaded with RICHARD G. HERNDON and Another, Defendants.— Motion to amend interlocutory decree denied, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ANNA BARTOLOTTA, Respondent, v. GAETANO BARTOLOTTA, Appellant.— Order reversed on the law, without costs, with leave to plaintiff to renew her application for alimony and counsel fee on proper papers. The moving papers presented on the existing application are insufficient. (See Lake v. Lake, 194 N. Y. 179; Stillman v. Stillman, 199 App. Div. 735.) Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

ALBERT BRUEHWEILER, Appellant, v. BENJAMIN F. HERNANDEZ and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice, specifying date for return of commission.

CORNELIUS CASSIN, Appellant, v. STILLMAN, DELEHANTY-FERRIS COMPANY, Respondent.— Order denying plaintiff's motion for extra allowance affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.